Eastern District of Kentucky
**FILED**

APR 2 4 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

V.                                    INDICTMENT NO. 6:24-cr-034-REW

**JESUS CHAVEZ**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about October 10, 2022, in Pulaski County, in the Eastern District of Kentucky,

**JESUS CHAVEZ**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2251(a)

On or about November 11, 2022, in Pulaski County, in the Eastern District of

Kentucky,

### JESUS CHAVEZ

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 3
### 18 U.S.C. § 2251(a)

On or about June 1, 2023, in Pulaski County, in the Eastern District of Kentucky,

### JESUS CHAVEZ

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 4
### 18 U.S.C. § 2251(a)

On or about July 28, 2023, in Pulaski County, in the Eastern District of Kentucky,

### JESUS CHAVEZ

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit

conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 5
### 18 U.S.C. § 2251(a)

. On or about November 15, 2023, in Pulaski County, in the Eastern District of Kentucky,

**JESUS CHAVEZ**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

**A TRUE BILL**

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

**COUNTS 1 - 5:** Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.